IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Jonathan E J Sparks,

    Petitioner,

 -vs-                      Civil No. 17-cv-81-DRH-CJP

Daniel Q Sullivan,

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner Spark's Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, (Doc. 1).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 16, 2017 (Doc. 20), Petitioner Spark's Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, (Doc. 1) is **DISMISSED without prejudice for failure to exhaust state court remedies.** Judgment is entered in favor of Respondent and against Petitioner.

                                           JUSTINE FLANAGAN,
                                           ACTING CLERK OF COURT

                                           BY:  s/Lisa M. Tidwell
                                                  **Deputy Clerk**

**APPROVED:**                                Judge Herndon
                                                      2017.11.17
                                                      09:10:20 -06'00'

                            **U.S. DISTRICT JUDGE**
                            **U. S. DISTRICT COURT**